Violet R. Van Burkom, Suing in the Name of Willard Van Burkom, Plaintiff-Appellee, v. Al Holquist, Defendant, Bennie Miller, Defendant-Appellant, and John Doe and Richard Roe, Defendants, Defendants-Appellants.

Gen. No. 11,601. (Abstract of Decision.)

Second District, First Division.

July 10, 1962.

Moran, Klockau, McCarthy, Schubert, Henss & Lousberg, of Rock Island, for appellant; Rathje, Woodward & Dyer, and Dunakin & Dunakin, of Wheaton (substituted attorneys, upon withdrawal of George B. Collins and Carleton Nadelhoffer), for appellee. Opinion by JUDGE McNEAL. Not to be published in full.